IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JASON TILLERY and JERRY LANIER | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| v. | ) |
| | ) Case No.: 3:23-cv-00203 |
| CORECIVIC, INC., CORECIVIC OF TENNESSEE, LLC; CORRECTIONAL MEDICAL ASSOCIATES, INC.; DAMON T. HININGER; PATRICK SWINDLE; JASON MEDLIN; VINCE VANTELL; HILTON HALL, JR.; JERRY WARDLOW; JOSHUA CARTER; JOSHUA MORTON; KEITH IVENS; T. ROBINSON; and ELAINA RODELA | ) |
| | ) |
| *Defendants*. | ) |

## DEFENDANTS' MOTION TO SEVER CLAIMS

Defendants, CoreCivic of Tennessee, LLC, CoreCivic, Inc., Correctional Medical Associates, Inc., Damon T. Hininger, Joshua Carter, Keith Ivens, Jason Medlin, Elaina Rodela, M.D., Patrick Swindle, Jerry Wardlow and Vince Vantell (hereinafter, "Defendants"), by and through undersigned counsel and without waiving any and all defenses to the Complaint, respectfully move this Court to sever the claims brought by Plaintiffs Jason Tillery and Jerry Lanier into two (2) separate lawsuits pursuant to Rule 21 of the FEDERAL RULES OF CIVIL PROCEDURE. In support thereof, Defendants rely upon their "Memorandum of Law in Support of Motion to Sever Claims," and upon the entire record of this cause.

Respectfully submitted,

PENTECOST, GLENN & TILLY, PLLC

By: s/Nathan D. Tilly
Nathan D. Tilly (#31318)
*Attorneys for Defendants CoreCivic, Inc., CoreCivic of Tennessee, LLC, Correctional Medical Associates, Inc., Damon T. Hininger, Joshua Carter, Keith Ivens, Jason Medlin, Elaina Rodela, M.D., Patrick Swindle, Jerry Wardlow and Vince Vantell*
162 Murray Guard Drive, Suite B
Jackson, Tennessee 38305
(731) 668-5995 – Telephone
(731) 668-7163 – Facsimile
ntilly@pgmfirm.com

## CERTIFICATE OF CONSULTATION

The undersigned consulted with Plaintiffs' counsel concerning the request sought by this motion. Plaintiffs' counsel confirmed that Plaintiffs oppose this motion.

s/Nathan D. Tilly

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served via US District Court ECF system and/or U.S. Mail postage prepaid upon:

Ty Clevenger
*Attorney for Plaintiffs*
147 Prince Street
Second Floor, Room 15-C
Brooklyn, NY 11201
tyclevenger@yahoo.com

on or before the filing date thereof.

DATE: This the 21st day of July, 2023.

By: s/Nathan D. Tilly
Nathan D. Tilly